UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                               :
UNITED STATES,                       :

                               :
           - against -            :          23-CR-45 (VSB)
                               :
                               :          **ORDER**
LEON GRAHAM,                   :

                               :
                    Defendant.   :
                               :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The initial conference in this matter shall be held February 1, 2023, at 3:40 p.m.

SO ORDERED.

Dated: January 27, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge