UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :

UNITED STATES,                         :

           - against -              :         23-CR-45 (VSB)

                                       :         **ORDER**

LEON GRAHAM,                       :

                    Defendant.  :

-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The initial conference in this matter scheduled for February 1, 2023, at 3:40 p.m., shall be held in courtroom 24B of the Daniel Patrick Moynihan Courthouse at 500 Pearl St., New York, New York 10007.

SO ORDERED.

Dated: January 30, 2023
       New York, New York

                                                                  Vernon S. Broderick
                                                                  United States District Judge