UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                          :

UNITED STATES,                                 :

                                                          :

                  - against -                  :                23-CR-45 (VSB)

                                                          :                    **<u>ORDER</u>**

LEON GRAHAM,                           :

                               Defendant.   :

                                                         :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      A bail hearing in this matter is set for March 22, 2023, at 11:00 a.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: March 20, 2023
       New York, New York

*[Signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge