```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES,                                              :
                                                            :
                                                            :
              - against -                                   :      23-CR-45 (VSB)
                                                            :
                                                            :          ORDER
LEON GRAHAM,                                                :
                                                            :
                             Defendant.                     :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      A bail hearing in this matter is set for March 23, 2023, at 12:30 p.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: March 22, 2023
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge