UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                                :

UNITED STATES,                                        :

                         - against -                   :          23-CR-45 (VSB)
                                                        :          **<u>ORDER</u>**

LEON GRAHAM,                                   :

                               Defendant.   :

------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       A change of plea hearing in this matter is set for July 18, 2023, at 3:00 p.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: July 10, 2023
       New York, New York

                                                                Vernon S. Broderick
                                                                United States District Judge