**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 18, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   09/19/2023

Re:  **United States v. Leon Graham**
     **23 Cr 45 (VSB)**

Dear Judge Broderick:

    I write with the consent of the Government to request the Court adjourn Mr. Graham's sentencing from October 27, 2023 to November 2, 2023 at 2:30 P.M. This adjournment will allow Probation to complete the presentence report prior to its internal deadline. Thank you for the Court's consideration.

Respectfully Submitted,

/s/

Ian H. Marcus Amelkin
Federal Defenders of New York, Inc.
(212) 417-8733
ian_marcus_amelkin@fd.org